IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0280

In the Matters of:

A.C., R.G., A.S., and R.S.,

     Youths in Need of Care.

## ORDER TO RESPOND TO MOTION TO WITHDRAW AS COUNSEL

Upon consideration of counsel's motion to withdraw as counsel of record, and for good cause appearing,

IT IS HEREBY ORDERED that the Father/Appellant, J.T., shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and Tracy Labin Rhodes, counsel for Father/Appellant, J.T.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order to all counsel of record and to Father/Appellant at the last address provided to the Office of the Appellate Defender: 4501 Addy St., Unit 114, Washougal, WA 98671.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 9 2020